# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5418**

**September Term, 2025**

**1:25-cv-03005-JMC**

**Filed On:** December 4, 2025

District of Columbia,

      Appellee

      v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

**BEFORE:** Millett, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for administrative stay and for stay pending appeal, the response thereto, and the reply, it is

**ORDERED** that the district court's November 20, 2025 order be administratively stayed pending further order of this court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the motion for stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025).

**Per Curiam**

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

      BY:    /s/
           Selena R. Gancasz
           Deputy Clerk